ANNA M. HAYES, an Infant, by PATRICK HAYES, Her
Guardian ad Litem, et al., Appellants, *v.* FREDERICK
C. CLAESSENS, as Administrator of the Estate of
CHRISTINA McGOVERN, Deceased, Respondent.

*Title — savings banks — when order to change savings bank account to
joint account of depositor and another does not operate as transfer
of title to fund.*

*Hayes* v. *Claessens*, 202 App. Div. 765, affirmed.

(Argued October 13, 1922; decided November 21, 1922.)

APPEAL from a judgment entered May 11, 1922, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment
in favor of plaintiff entered upon a decision of the court
at a Trial Term without a jury. This action was
originally commenced against the Manufacturers' National
Bank of Troy, N. Y., as defendant, and by the complaint
a recovery was sought from said original defendant of
the amount of a deposit of moneys in its bank in the
names of the plaintiffs. The respondent was substituted
in the place of the original defendant and the moneys
involved were deposited as a fund in court, pursuant to
an order of interpleader, it appearing that a part thereof
had been withdrawn by one of the plaintiffs from an
account formerly belonging to one Christina McGovern
under authority of the following order:

"MANUFACTURERS' NATIONAL BANK OF TROY, N. Y.

"Pay Trans to Joint %ᶜ Margaret Hayes and Christina
McGovern or Bearer Seventy-eight hundred one 69/100
Dollars, an account of Money standing to my credit or
subject to my control in your Bank, as a Special Deposit
on interest per Pass-Book No. 14916.

"Dated *Apr.* 14, 1917.                  Her

                    " CHRISTINA   X   MCGOVERN.
"Witness — CHARLES J. COTE."        Mark

The Appellate Division held that this instrument did
not operate as a transfer of title to the fund. (See
*Hayes* v. *Claessens*, 234 N. Y. 230.)

*Andrew J. Nellis, James Farrell* and *James F. Brearton* for appellants.

*John T. Norton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALRIC J. WESTLING, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 16, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Supreme Court rendered March 31, 1922, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph V. McKee* for appellant.

*Edward J. Glennon, District Attorney (George B. DeLuca* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM E. CARROLL, Respondent, *v.* CITY OF DUNKIRK et al., Appellants.

*Municipal corporations — streets — gas mains — when owner of gas main may recover over from municipality amount paid as damages for injury from explosion of leaking gas on theory that it was primarily responsible for break in main.*

*Carroll* v. *City of Dunkirk,* 198 App. Div. 964, affirmed.

(Argued October 16, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 16, 1921, affirming. a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The complaint alleged that prior to December 13, 1913, the plaintiff was the owner of certain gas pipes or mains laid and installed through